# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD BRIAN TAYLOR, et al.,<br><br>    Defendants. | Case No. 18-cv-00903-BLF<br><br>**REQUEST FOR STATUS REPORT RE MEDIATION** |

The deadline to hold a joint site inspection in this case was July 27, 2018. ECF 17. Plaintiff's deadline to file a notice of need for mediation was 42 days later on September 7, 2018. ECF 3; General Order 56. Accordingly, the Court REQUESTS a status update from Plaintiff re mediation **on or before September 18, 2018.**

**IT IS SO ORDERED.**

Dated: September 11, 2018

_____
BETH LABSON FREEMAN
United States District Judge