**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD BRIAN TAYLOR, et al.,<br><br>    Defendants. | Case No. 18-cv-00903-BLF<br><br>**ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE**<br><br>[Re: ECF 23] |

Before the Court is Defendant Dhirajlal Panchal's motion for an order to show cause to Plaintiff Byron Chapman why he has standing and/or his ADA claim is not moot. *See* ECF 23. The Court finds that a motion for an order to show cause is not the proper vehicle for seeking the redress Defendant seeks here. Instead, Defendant must file a motion for summary judgment or a motion to dismiss for lack of subject matter jurisdiction. This result is not contrary to Judge LaPorte's decision in *Castillo-Antonio v. Heshma*, No. 15-cv-2102, ECF 44 (Feb. 22, 2016), as the parties there stipulated that all alleged barriers had been remedied. Here, Plaintiff has not so stipulated, and so the Court cannot know whether this fact is in dispute. Accordingly, the motion for order to show cause is DENIED without prejudice to Defendant filing a motion for summary judgment or motion to dismiss for lack of subject matter jurisdiction. If Defendant wishes also to stay the deadlines in this case, he must file a motion seeking such relief.

**IT IS SO ORDERED.**

Dated: September 26, 2018

                                                                      /s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge