# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD BRIAN TAYLOR, et al.,<br><br>    Defendants. | Case No. 18-cv-00903-BLF<br><br>**ORDER REQUESTING STATUS REPORT RE MEDIATION BY OCTOBER 5, 2018** |

The deadline to hold a joint site inspection in this case was July 27, 2018. ECF 17. Plaintiff's deadline to file a notice of need for mediation was 42 days later on September 7, 2018. ECF 3; General Order 56. On September 11, 2018, the Court ordered Plaintiff to file a status report re settlement on or before September 18, 2018. ECF 22. Plaintiff did not comply. Accordingly, the Court REQUESTS a status update from Plaintiff re mediation on or before **October 5, 2018**. Failure to comply may lead to dismissal of this action without prejudice.

    **IT IS SO ORDERED.**

Dated: October 1, 2018

                                                                  _____
                                                                   BETH LABSON FREEMAN
                                                                   United States District Judge